**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**EDA**

**08 C 593**

In the Matter of                                                         Case Number:

ELMER HEISNER, INDIVIDUALLY AND ON BEHALF,
JAYNE HEISNER vs. GENZYME CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

**JUDGE COAR**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
| --- |
| KURT D. HYZY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ KURT D. HYZY |
| FIRM |
| THE LAW GROUP, LTD. |
| STREET ADDRESS |
| THREE FIRST NATIONAL PLAZA, 50TH FLOOR |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6196871 | (312) 558-6444 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT