# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELMER HEISNER, Individually and on Behalf of JAYNE HEISNER,** ) ) ) | |
| **Plaintiff,** ) ) | **Case No.: 08 C 593** |
| vs. ) ) | **Judge Coar** |
| **GENZYME CORPORATION, a Massachusetts Corporation,** ) ) ) | **Magistrate Judge Denlow** |
| **Defendant.** ) | |

## PROPOSED ORDER

Defendant Genzyme Corporation's Fed. R. Civ. P. 12(b)(6) motion to dismiss the complaint is granted.

Date: _____            Judge: _____

Stephanie A. Scharf - Atty. No.: 06191616
David W. Austin – Atty. No.: 6273729
Schoeman Updike Kaufman & Scharf
333 W. Wacker Dr., Suite 300
Chicago, IL 60606
Telephone: (312) 726-6000
Facsimile: (312) 726-6045

Attorney for Defendant Genzyme Corporation