UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ELMER HEISNER, Individually and on Behalf of JAYNE HEISNER,** )<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | **Case No.:  08 C 593** |
| vs. ) | |
| ) | **Judge Coar** |
| **GENZYME CORPORATION, a Massachusetts Corporation,** )<br>) | **Magistrate Judge Denlow** |
| ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

To:   Kurt D. Hyzy
      The Law Group, Ltd.
      Three First National Plaza, 50th Floor
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that on April 30, 2008 at 9:00 a.m., we shall appear before the Honorable David H. Coar in Courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Defendant Genzyme Corporation's Rule 12(b)(6) Motion to Dismiss the Complaint** and **Memorandum of Law In Support of Defendant Genzyme's Rule 12(b)(6) Motion to Dismiss to Complaint**.                    .

                                   Genzyme Corporation,


                        By:  /s/  Stephanie A. Scharf
                             Stephanie A. Scharf - Atty. No.:  06191616
                             David W. Austin – Atty. No.:  6273729
                             Schoeman Updike Kaufman & Scharf
                             333 W. Wacker Dr., Suite 300
                             Chicago, IL 60606
                             Telephone: (312) 726-6000
                             Facsimile: (312) 726-6045

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 21st day of April, 2008, a true and correct copy of the foregoing **Appearance of Stephanie A. Scharf, Defendant Genzyme Corporation's Rule 12(b)(6) Motion to Dismiss the Complaint, Memorandum of Law In Support of Defendant Genzyme's Rule 12(b)(6) Motion to Dismiss the Complaint, Proposed Order** and **Notice of Motion** were served electronically upon the following individual:

>Kurt D. Hyzy
>The Law Group, Ltd.
>Three First National Plaza
>50th Floor
>Chicago, IL 60602

Genzyme Corporation

By: /s/ Stephanie A. Scharf
Stephanie A. Scharf - Atty. No.: 06191616
David W. Austin – Atty. No.: 6273729
Schoeman Updike Kaufman & Scharf
333 W. Wacker Dr., Suite 300
Chicago, IL 60606
Telephone: (312) 726-6000
Facsimile: (312) 726-6045