## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Elmer Heisner

                       Plaintiff,

v.                                               Case No.: 1:08−cv−00593
                                                    Honorable David H. Coar

Genzyme Corporation

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Scheduling conference held on 4/17/2008. Report of Parties' Planning Conference and the Proposed Scheduling are to be e−filed (on the docket) by 5/12/2008. If said documents are not filed by 5/12/2008, this case will be dismissed without further notice. Rule 16(b) Scheduling Conference continued to 5/14/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.