**FORM**

FILED
MAY 14 2008

MAY 1 4 2008

Judge David H. Coar
United States District Court

[ADD: CASE HEADING]

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this court's order, _____ *Heisner v. Genzyme*

representing plaintiff(s), and _____ *No. 08 C 593*

representing the defendant(s), met on _____ *Judge Coar*

pursuant to Rule 26(f) to discuss:

(1)     the nature and basis of their claims and defenses;

(2)     the possibilities for a prompt settlement or resolution of this case;

(3)     to make or arrange for the disclosures required under Rule 26(a)(1); and

(4)     to develop a discovery plan.

To that end, the parties propose the following:

A.     The issues in this case may be simplified by taking the following steps:

1.   *Subject to motion to dismiss, issues will be*
2.   *Simplified or eliminated.*
3.
4.
5.

B.     The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.   *At this time, none suggested.*
2.
3.
4.
5.

C.    Discovery will be needed on the following subjects:

1. To extent claims remain after
2. motion to dismiss is decided;
3. Liability
4. Defenses
   Damages.

D.    Discovery (should/should) not be conducted in phases or Expert Discovery

E.    Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes_____    No __✓__

F.    The parties consent(do not consent) to this matter being referred to the Magistrate Judge for final disposition.

G.    The parties have discussed the possibility of alternative dispute resolution and concluded: At this stage, not feasible

H.    The parties have discussed a prompt settlement or other resolution of this matter. At this stage, not feasible. The plaintiff has made a written demand of $_____, and the defendant has offered $_____.

I.    The Court should consider the following methods of expediting the resolution of this matter:

_____

_____
Attorney for Plaintiff

Stephanie D. Schaffer
Attorney for Defendant
Genzyme Corporation

Judge Coar
04/2008
this form should be e-filed on the docket