## CERTIFICATE OF SERVICE

I do hereby certify that, on this 30th day of May, 2008, a true and correct copy of the foregoing **Defendant Genzyme Corporation's Reply Brief Supporting Its Rule 12(b)(6) Motion to Dismiss the Complaint** was served electronically upon the following individual:

>Kurt D. Hyzy
>The Law Group, Ltd.
>Three First National Plaza
>50th Floor
>Chicago, IL 60602

>Genzyme Corporation

>By: /s/  Stephanie A. Scharf
>Stephanie A. Scharf – Atty. No.:  06191616
>David W. Austin – Atty. No.:  6273729
>Schoeman Updike Kaufman & Scharf
>333 W. Wacker Dr., Suite 300
>Chicago, IL 60606
>Telephone: (312) 726-6000
>Facsimile: (312) 726-6045