# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 593 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Elmer Heisner vs. Genzyme Corporation | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached Memorandum Opinion and Order, Defendant's Motion to Dismiss [8] is GRANTED.  All Counts of Plaintiff's Complaint [1] are DISMISSED WITHOUT PREJUDICE. Plaintiff's Amended Complaint [23] is also DISMISSED WITHOUT PREJUDICE.  Plaintiff is granted leave to provide a Second Amended Complaint on or before August 18, 2008 in light of the attached opinion.  A status hearing is set for August 20, 2008 at 9:00 a.m..

■[ For further details see separate order(s).]

Docketing to mail notices.

## STATEMENT

| | |
|---|---|
| Courtroom Deputy Initials: | SM(lc) |