UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELMER HEISNER, Individually, and on Behalf of JAYNE HEISNER )<br>)<br>)<br>  Plaintiff,  )<br>  v.  )<br>)<br>GENZYME CORPORATION,  )<br>a Massachusetts Corporation  )<br>)<br>  Defendant.  ) | Case No.: 08 C 593<br><br>Judge David H. Coar<br><br>Magistrate Judge Denlow |

MOTION FOR VOLUNTARY OF DISMISSAL

Plaintiff, ELMER HEISNER, Individually and on behalf of JAYNE HEISNER, pursuant to Rule 41(a) (2) of the Federal Rule of Civil Procedure, Moves this Court Grant Plaintiffs Request to dismiss the above action Without Prejudice.

Dated: August 15, 2008

COUNSEL FOR PLAINTIFF

/S/ Kurt D. Hyzy
Kurt D. Hyzy, #6196871
THE LAW GROUP, LTD.
FAX: 312.558.1112
www.thelawgroupltd.com

CERTIFICATE OF SERVICE

I do hereby certify that, on this 15th day of August, 2008, a true and correct copy of **Plaintiff, Elmer Heisner's, individually, and on Behalf of Jayne Heisner, Motion for Voluntary Dismissal** were served on the following:

>Stephanie A. Scharf
>Schoeman Updike Kaufman & Scharf
>33 W. Wacker Dr., Suite 300
>Chicago, IL 60606
>sscharf@schoeman.com

By: /s/ Kurt D. Hyzy
Attorney for Plaintiff
Kurt D. Hyzy, #6196871

THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.thelawgroupltd.com
