UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELMER HEISNER, Individually, and on Behalf of JAYNE HEISNER )<br><br>    Plaintiff, )<br> v. )<br>    )<br>GENZYME CORPORATION, )<br>a Massachusetts Corporation )<br>    )<br>    Defendant. ) | Case No.: 08 C 593<br><br>Judge David H. Coar<br><br>Magistrate Judge Denlow |

PROPOSED ORDER OF DISMISSAL

This matter, before this court on Plaintiffs Motion for Voluntary Dismissal due notice having been given and the Court being advised in the premises Plaintiffs motion is Granted and this matter is hereby dismissed without prejudice.

Dated: _____       Judge David H. Coar: _____