UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELMER HEISNER, Individually, and on Behalf of JAYNE HEISNER, ) ) ) | |
| Plaintiff, ) | Case No.: 08 C 593 |
| v. ) ) | Judge David H. Coar |
| GENZYME CORPORATION, ) a Massachusetts Corporation ) ) | Magistrate Judge Denlow |
| Defendant. ) | |

MOTION FOR VOLUNTARY OF DISMISSAL

Plaintiff, ELMER HEISNER, Individually and on behalf of JAYNE HEISNER, Moves this Court Extend the deadline for Plaintiff to file a second amended complaint until 7 days after this court rules on Plaintiff's pending Motion for Voluntary Dismissal and in support thereof states:

1. On July 25, 2008 this Court entered an Order Dismissing Plaintiff's Complaint without prejudice and giving plaintiff leave of Court to file a second amended complaint on or before August 18, 2008.

2. On August 15, 2008 Plaintiff filed a Motion for Voluntary Dismissal Without Prejudice.

3. In the interest of fairness and judicial economy plaintiff is requesting an extension to file the second amended complaint until 7 days after the Motion for Voluntary Dismissal Without Prejudice is ruled on. Defendant is not unduly prejudiced by the court granting this extension.

WHEREFORE, Plaintiff, ELMER HEISNER, Individually and on behalf of JAYNE HEISNER, Moves this Court Extend the deadline for Plaintiff to file a Second Amended Complaint until 7 days after this court rules on Plaintiff's pending Motion for Voluntary Dismissal.

Dated: August 18, 2008                                    Respectfully submitted,

                                                          COUNSEL FOR PLAINTIFF
                                                          /S/ Kurt D. Hyzy
                                                          Kurt D. Hyzy, #6196871
                                                          THE LAW GROUP, LTD.
                                                          FAX: 312.558.1112
                                                          www.thelawgroupltd.com

CERTIFICATE OF SERVICE

I do hereby certify that, on this 18th day of August, 2008, a true and correct copy of **Plaintiff, Elmer Heisner's, individually, and on Behalf of Jayne Heisner, Motion for Extension of Time** was served via Electronic Court Filing on the following:

>Stephanie A. Scharf
David W Austin
Schoeman Updike Kaufman & Scharf
33 W. Wacker Dr., Suite 300
Chicago, IL 60606
kpetrusek@schoeman.com
daustin@schoeman.com

By: /s/ Kurt D. Hyzy
Attorney for Plaintiff
Kurt D. Hyzy, #6196871
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
TEL: 312.558.6444
FAX: 312.558.1112
www.thelawgroupltd.com