UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ELMER HEISNER, Individually, and on                )
Behalf of JAYNE HEISNER                            )
                                                   )
            Plaintiff,                             )        Case No.: 08 C 593
      v.                                           )
                                                   )        Judge David H. Coar
GENZYME CORPORATION,                               )
a Massachusetts Corporation                        )        Magistrate Judge Denlow
                                                   )
            Defendant.                             )

## NOTICE OF MOTION

To:     Stephanie A. Scharf
        Schoeman Updike Kaufman & Scharf
        333 W. Wacker Dr., Suite 300
        Chicago, IL 60606

        PLEASE TAKE NOTICE that on August 27, 2008 at 9:00 a.m., we shall
appear before the Honorable David H. Coar in Courtroom 1419 of the Dirksen
Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the
previously served Motion for Voluntary Dismissal and Motion for Extension to
File the Second Amended Complaint.

                                    Counsel for Plaintiff,


                              By:   /s/ Kurt D. Hyzy
                                    Kurt D. Hyzy, #6196871
                                    THE LAW GROUP, LTD.
                                    FAX: 312.558.1112
                                    www.thelawgroupltd.com

## CERTIFICATE OF SERVICE

I do hearby certify that, on this 20th day of August, 2008, a true and correct copy of the foregoing Motion for Voluntary Dismissal and Motion for Extension to File the Second Amended Complaint and Notice of Motion were served electronically upon the following individual:

> Stephanie A. Scharf
> Schoeman Updike Kaufman & Scharf
> 333 W. Wacker Dr., Suite 300
> Chicago, IL 60606

Counsel for Plaintiff

By:  /s/ Kurt D. Hyzy
     Kurt D. Hyzy, #6196871
     THE LAW GROUP, LTD.
     FAX: 312.558.1112
     www.thelawgroupltd.com