**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Elmer Heisner
                         Plaintiff,

v.                                           Case No.: 1:08–cv–00593
                                                                     Honorable David H. Coar

Genzyme Corporation
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable David H. Coar: Status hearing held on 8/27/2008.Motion hearing held on 8/27/2008 regarding motion for extension of time to amend[27], motion to dismiss [26].Motion to dismiss [26] is denied without prejudice. Motion for extension of time to Amend [27] is granted. Amended Complaint to be filed within seven days. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.